**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JOHNATHAN AUSBERTO ROJAS IZAGUIRRE,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-788

**ORDER**

Respondent filed a Motion to Dismiss on August 5, 2026. Doc. 4. Petitioner was to respond to this Motion on or before August 19, 2026, yet he has failed to do so. Local R. 7.5 (allowing 14 days for response to motions to dismiss). The Court **ORDERS** Petitioner to show cause why the Court should not grant Respondent's Motion as unopposed and dismiss this cause of action based on Petitioner's failure to follow this Court's Orders and Local Rules **on or before October 3, 2026**. Petitioner can show cause by filing a response to the Motion to Dismiss or by informing the Court he does not oppose the Motion.

**SO ORDERED**, this 23rd day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA